**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 18–05463–hb                                  Chapter: 7

**In re:**

Melvin L Blair
aka Melvin Lavelle Blair

**NOTICE TO FILE PROOF OF
CLAIM DUE TO RECOVERY OF ASSETS**

| Filed By The Court |
|---|
| **12/17/18**
Laura A. Austin
Clerk of Court
US Bankruptcy Court |

NOTICE IS GIVEN THAT:

The initial notice in this case advised creditors that is was not necessary to file a proof of claim. However, since that notice was sent, assets have been recovered by the trustee. Therefore, creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court within the timeframes outlined below:

For all creditors (except a Governmental Unit):
**90 days after the *mailing* of this notice.**

For a Governmental Unit:
**180 days after the order for relief, or 90 days after the *mailing* of this notice, whichever is later.**

Creditors who fail to file a proof of claim within the above timeframes may miss the opportunity to share in any distribution from the debtor's estate.

A proof of claim form may be filed electronically through the court's electronic proof of claim system (ePOC) found on the court's website at **www.scb.uscourts.gov/epoc**. A proof of claim form may also be filed by mailing a completed paper form to the attention of the Claims Clerk at the United States Bankruptcy Court, 1100 Laurel Street, Columbia, SC 29201. There is no filing fee for filing a proof of claim. **Any creditor who has already filed a proof of claim need not file another proof of claim.**

Laura A. Austin
Clerk of Court
United States Bankruptcy Court

By:  B McAbee, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201–2423
(803) 765–5436

United States Bankruptcy Court
District of South Carolina

In re:  
Melvin L Blair  
    Debtor

Case No. 18-05463-hb  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0420-7     User: mcabee     Page 1 of 1     Date Rcvd: Dec 17, 2018  
                     Form ID: 159BNC     Total Noticed: 9

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2018.
db             +Melvin L Blair,    1604 Kateway,    Greenwood, SC 29646-3724
543522569      +Axcess Financial,    7755 Montgomery Road,    Suite 400,    Cincinnati OH 45236-4197
543522574      +Pennymac Loan Services,    Attn: Bankruptcy,    Po Box 514387,    Los Angeles CA 90051-4387

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
543522570      +EDI: IIC9.COM Dec 18 2018 03:51:00      IC SYSTEM,    PO BOX 64378,    ST PAUL MN 55164-0378
543522571       EDI: IRS.COM Dec 18 2018 03:50:00      IRS,    PO BOX 7346,    PHILADELPHIA PA 19101-7346
543522572      +EDI: RESURGENT.COM Dec 18 2018 03:50:00      LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,
                 Po Box 10497,    Greenville SC 29603-0497
543522573      +E-mail/Text: bkcy@mynucu.org Dec 17 2018 22:52:05      NEIGHBORS UNITED FCU,    PO BOX 50777,
                 GREENWOOD SC 29649-0030
543522575      +E-mail/Text: bankruptcy@sctax.org Dec 17 2018 22:52:33      SC DEPT OF REVENUE,    PO BOX 12265,
                 COLUMBIA SC 29211-2265
543522576      +E-mail/Text: bkr@virtuososourcing.com Dec 17 2018 22:52:48      Virtuoso Sourcing Group,
                 4500 Cherry Creek South Drive, Ste 500,    Denver CO 80246-1500
                                                                                               TOTAL: 6

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018                                                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2018 at the address(es) listed below:
              John DeVore Compton, III    on behalf of Debtor Melvin L Blair dee@comptonlawfirm.com,
               djr78030@notify.bestcase.com
              John K Fort    trustee863@gmail.com, SC01@ecfcbis.com
              US  Trustee's Office    USTPRegion04.CO.ECF@usdoj.gov
                                                                                             TOTAL: 3
```